No. 91–1163.  MANNELLO v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 91–1164.  NEVADA ET AL. v. SCOTSMAN MANUFACTURING
Co., INC.  Sup. Ct. Nev.  Certiorari denied.

No. 91–1169.  JARAMILLO v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 91–1170.  SNOWSHOE CO. ET AL. v. BRAY ET AL.;
No. 91–1171.  SNOWSHOE CO. ET AL. v. BRAY ET AL.; and
No. 91–1172.  SNOWSHOE CO. v. BRAY ET AL.  C. A. 4th Cir.
Certiorari denied.  Reported below: 948 F. 2d 1283.

No. 91–1173.  SMITH v. UNITED STATES.  C. A. 3d Cir.  Certio-
rari denied.

No. 91–1185.  RATCHFORD v. UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 91–5727.  WALTON v. MICHIGAN DEPARTMENT OF CORREC-
TIONS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–5975.  TAYLOR v. KENTUCKY.  Sup. Ct. Ky.  Certiorari
denied.

No. 91–6026.  WION v. COLLINS, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A.
5th Cir.  Certiorari denied.

No. 91–6086.  SOTELO-RIVERA v. UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.

No. 91–6101.  DISHEROON v. COLLINS, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir.  Certiorari denied.

No. 91–6145.  DILORETO v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 91–6170.  SHAKUR v. UNITED STATES.  C. A. 8th Cir.
Certiorari denied.